UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE OSBORNE,<br><br>Plaintiff,<br><br>v.<br><br>TRACY POLICE DEPARTMENT, et al.,<br><br>Defendants. | No. 2:20–cv–01805–JAM–KJN PS<br><br>ORDER<br><br>(ECF No. 22.) |

On April 30, 2021 the magistrate judge filed findings and recommendations (ECF No. 28), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On May 18, 2021, plaintiff filed objections to the findings and recommendations (ECF No. 29), which have been considered by the court.

This court reviews de novo those portions of the proposed findings of fact to which an objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981); see also Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the matter on the applicable law. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d

1

452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 28) are ADOPTED IN FULL;
2. Defendants' Motion for Summary Judgment (ECF No. 24) is GRANTED as to plaintiff's excessive force claim against defendant Calvache;
3. Defendants' Motion to Dismiss plaintiff's remaining claims in the second amended complaint (ECF No. 22) is GRANTED, and leave to amend is DENIED; and
4. The Clerk of the Court is directed to enter judgment for defendant Calvache on the excessive force claim, and otherwise be directed to CLOSE this case.

DATED:  June 28, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE